IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOHUA HUANG, | No. C 18-06654 WHA |
| Plaintiff, | |
| v. | **ORDER RE PLAINTIFF'S JULY 10 LETTER** |
| NEPHOS INC., | |
| Defendant. | |

The Court has reviewed plaintiff Xiaohua Huang's "letter to Hon. Judge Alsup and his argument in the hearing on July 3, 2019," dated July 10, and defendant Nephos Inc.'s response thereto (Dkt. Nos. 56–57). To the extent plaintiff's "letter" seeks reconsideration of the order granting defendant's motion to strike and denying plaintiff's motion for sanctions (Dkt. No. 55), the request is **DENIED**. Plaintiff has not pointed to any new material fact or law since the order was entered or shown the order's "manifest failure" to consider material facts or dispositive legal arguments. *See* Civ. L.R. 7-9(b). Instead, plaintiff impermissibly repeats his oral and written arguments previously made, which were considered in the order dated July 9. *See* Civ. L.R. 7-9(c).

**IT IS SO ORDERED.**

Dated: July 12, 2019.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE