1  Brandon Stroy (SBN 289090)
   bstroy@maynardcooper.com
2  MAYNARD COOPER & GALE, L.L.P.
   Transamerica Pyramid Center
3  600 Montgomery Street, Suite 2600
4  San Francisco, CA  94111
   Telephone:  415.646.4703
5  Facsimile:  205.714.6415

6  Attorneys for Defendant Nephos Inc.

7

8

9                     UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11 
   Xiaohua Huang,                          Case No. 3:18-cv-06654-WHA
12
             *Pro Se* Plaintiff,
13                                          **NEPHOS INC.'S REVISED CORPORATE
        v.                                  DISCLOSURE STATEMENT**
14 
   Nephos Inc.,
15
             Defendant.
16

17     Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Nephos Inc. ("Nephos")

18 states as follows:  effective September 1, 2019, Nephos is wholly-owned, indirectly, by

19 MediaTek, Inc. (located in Hsinchu City, Taiwan) through MediaTek Investment Singapore

20 Pte. Ltd., Gaintech Co. Ltd., and MediaTek Wireless UK Limited.  Nephos is 100 percent

21 owned by MediaTek Wireless UK Limited.

22 Dated:  September 13, 2019             MAYNARD COOPER & GALE, L.L.P.

23                                        By */s/ Brandon Stroy*
24                                        Brandon Stroy (SBN 289090)
                                          bstroy@maynardcooper.com
25                                        MAYNARD COOPER & GALE, L.L.P.
                                          Transamerica Pyramid Center
26                                        600 Montgomery Street, Suite 2600
                                          San Francisco, CA  94111
27                                        Telephone:  415.646.4703
                                          Facsimile:  205.714.6415
28

---

Case No. 3:18-cv-06654-WHA          1    REVISED FED. R. CIV. P. 7.1 STATEMENT

**PROOF OF SERVICE**

I am employed in San Francisco County in the State of California. I am over the age of eighteen years and not a party to this action. My business address is Maynard Cooper & Gale, L.L.P., Transamerica Pyramid Center, 600 Montgomery Street, Suite 2600, San Francisco, CA 94111. On September 13, 2019, I caused to be served a copy of the foregoing document:

**NEPHOS INC.'S REVISED**

**CORPORATE DISCLOSURE STATEMENT**

by email pursuant to Fed. R. Civ. P. 5(b)(2)(F) to *pro se* Plaintiff at xiaohua_huang@hotmail.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 13, 2019, at San Francisco, California.

_____
Mila Dunn