IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

XIAOHUA HUANG,

Plaintiff,

v.

NEPHOS INC.,

Defendant.

/

No. C 18-06654 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting relief, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 12, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE